*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: March 26, 2015        106136
_____

THE PEOPLE OF THE STATE OF
   NEW YORK,
                Respondent,

     v                      MEMORANDUM AND ORDER

DAVID A ASHLAW,
                Appellant.
_____


Calendar Date: February 20, 2015

Before: Lahtinen, J.P., Garry, Rose and Devine, JJ.

_____


     Richard V. Manning, Parishville, for appellant.

     Alexander Lesyk, Special Prosecutor, Norwood, for
respondent.

_____


Garry, J.

     Appeal from a judgment of the County Court of St. Lawrence
County (Richards, J.), rendered July 26, 2013, convicting
defendant upon his plea of guilty of the crime of attempted
burglary in the second degree.

     Pursuant to a combined plea agreement, defendant entered a
guilty plea to burglary in the third degree in satisfaction of a
four-count indictment. Defendant also waived indictment and
pleaded guilty to the reduced charge of attempted burglary in the
second degree as charged in a superior court information related
to another incident, satisfying other outstanding charges. In
exchange, County Court adjourned sentencing and placed defendant
on interim probation for one year in order to permit him to
complete substance abuse treatment (see CPL 390.30 [6]), and

sentencing was repeatedly adjourned to permit him to complete inpatient treatment.  The court ultimately concluded that defendant had failed to comply with the conditions of interim probation and sentenced him on the attempted burglary conviction to a prison term of four years, with three years of postrelease supervision.[1]  Defendant appeals.

For the reasons stated in People v Ashlaw (___ AD3d ___ [decided herewith]), we affirm.

Lahtinen, J.P., Rose and Devine, JJ., concur.


ORDERED that the judgment is affirmed.




ENTER:


Robert D. Mayberger
Clerk of the Court

_____

[1]  Defendant also received a concurrent prison term of 20 months to five years on the burglary in the third degree conviction (People v Ashlaw, ___ AD3d ___ [decided herewith]).